IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DERRICK MILLSAP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:03-cv-544-JPG |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on a letter received by chambers on December 14, 2005 and sent by the Plaintiff, Derrick Millsap.  In this letter, the Plaintiff requests every document filed in his case.  It is not the policy of this Court to provide the entire record of any case upon demand.  The Plaintiff has not indicated why he needs additional copies or even why he needs copies of the documents that he has submitted to chambers.  Unless the Plaintiff provides a legitimate reason why he requires the documents filed in this case, he will have to pre-pay for copies of the documents provided.

**DATED: December 15, 2005**

                                                         s/ Donald G. Wilkerson
                                                         **DONALD G. WILKERSON**
                                                         **United States Magistrate Judge**